**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br><br>V.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, DEMETRI BLAISDELL, SABINA MARIELLA, LINDSEY RUFF, DAVID MCCRAW AND DAWN SCHNEIDER<br><br>DEFENDANT. | Case No: 1:24-CV-05888-MKV<br><br>**MOTION TO SEAL EXHIBIT C OF PLAINTIFFS' APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |

Plaintiffs recently submitted their applications for leave to proceed *in forma pauperis* as they borrowed funds to file their complaint in order to expedite their complaint against Defendant due to statutes of limitations and due to various other Federal Complaints and the birth of their child. Plaintiffs are therefore unable to fund further associated Court fees including viewing their ECF documents and kindly ask the Court to waive the fees associated

with ECF filings and retrieval of documents once they are filed so that Plaintiffs may view the docketed filings and proceed accordingly, as previously and already recognized by the District Court of Nevada, the Southern District Court of Florida and the Massachusetts Appeals Court, seen in Exhibits A, B, and D.

In association with Plaintiffs' request, Plaintiffs respectfully ask the Court to seal Exhibit C filed with their applications as it contains Plaintiffs' confidential and personal financial information.

Respectfully dated this 21st of August,

Dusty Button and Mitchell Taylor Button

(*Pro se*)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with Prose@nysd.uscourts.gov on August 21st, 2024.

Dated this 21st day of August, 2024,

/s/ _____

Signature of Plaintiff Dusty Button (*Pro se*)

/s/ _____

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)