UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            X
DUSTY BUTTON, *et al.*,                     :
                                            
              Plaintiffs,                 :

              v.                          :   1:24-cv-05888-MKV

THE NEW YORK TIMES COMPANY, *et al.*,       :

              Defendants.                 :
_____X

## STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule 7.1(a)(2), Defendants The New York Times Company, Julia Jacobs, David McCraw, and Demetri Blaisdell certify that they are each citizens of the state of New York.

Dated: December 6, 2024

                                    /s/_____
                                    Al-Amyn Sumar
                                    Legal Department
                                    The New York Times Company
                                    620 Eighth Avenue
                                    New York, NY 10018
                                    Phone: (202) 862-0775
                                    Fax: (212) 556-4634

                                    *Attorneys for Defendants The New York Times Company, Julia Jacobs, David McCraw, and Demetri Blaisdell*