Dusty and Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Phone: 310-499-8930; 310-499-8702
Email: worldofdusty@gmail.com

December 22nd, 2024

**Via Email**
Honorable Mary Kay Vyskocil
United States District Judge - SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re:    *Button et al. v. the New York Times Company. 1:24-cv-05888-MKV*

Dear Judge Vyskocil:

*Pro se* Plaintiffs submit their response to the letter submitted by Eric Brenner on December 19th, (**Notice of an Opinion and Order Entered on December 17, 2024 by the Honorable Steven J. McAuliffe in the District of New Hampshire), (**ECF No. 31).[1]

Although this is only the **first** submission of this Order or any other in *this Court*, this is now the *second time* a Defendant from Boies Schiller & Flexner, (who Plaintiffs are appropriately seeking legal recourse against in two federal Courts[2]), has used this Order from the New Hampshire District Court claiming it substantiates their claims that the Plaintiffs' lawsuits against those who have irreparably harmed them *must be* some sort of tactical maneuver to harass and intimidate "family members and loved ones" from participating in the Nevada litigation, (*these Defendants* represent clients who have made horrendous but false allegations of sexual assault against the Plaintiffs, who are Defendants in Nevada), though it bears absolutely ***zero*** relevance on the actions brought forth by the Plaintiffs against the Defendants in *this litigation*. Furthermore, there are *no Defendants* in this case, (including Ms. Ruff or Ms. Mariella), which are "family members or loved ones" of the Plaintiffs in Nevada and therefore the use of this Order is *entirely irrelevant* and solely used as a distraction in this litigation. From the moment the Plaintiffs began to file lawsuits against third-parties who have committed fraud on the Court, lied to law enforcement and defamed them in the media, the Boies Schiller & Flexner firm ***has gone above and beyond to silence the Plaintiffs*** from doing so including by attempting to convince *each and every federal Court* which Plaintiffs have filed those lawsuits in, that the Plaintiffs' lawsuits are "nothing more than an attempt to intimidate the Nevada

---

[1] This Order should be disregarded by the Court. The Plaintiffs could *easily* submit a number of "Orders" which substantiate their allegations against these Defendants including an Order by the Boston Municipal Court but they equally bear no relevance on this litigation and only convolute this litigation which is why the Plaintiffs have not attached other Orders including an Order from the Boston Municipal Court where Judge Lyons stated she saw evidence presented by the Buttons that there was fraud on the Court committed by Sage Humphries, (Plaintiff in Nevada), in order to obtain fraudulent restraining orders against them and allowing them to proceed with filing a motion to vacate those abuse prevention orders.

[2] See case 0:24-cv-60911-DSL in the Southern District Court of Florida; Button et al v. McCawley ECF No. 46

Plaintiffs and their loved ones from testifying in Nevada", while simultaneously using manipulative tactics to prevent the Plaintiffs from defending themselves and seeking legal recourse for the destruction of their lives, their reputations and their careers. The statements made by Mr. Brenner are **infuriating** but **unsurprising** given the *modus operandi* of attorneys at Boies Schiller & Flexner. The Defendants' statements against the Plaintiffs are merely an attempt to distract this Court from the merits of *this case*, to intimidate the *pro se* Plaintiffs as their **entire firm[3]** uses every aspect of every litigation, (stemming from fraud on the court committed by Nevada Plaintiff Sage Humphries in 2017[4]), which they used as a foundation in Nevada, now *entirely proven unfounded*, (including by law enforcement). The Defendants continuously use each litigation to "support" the next while cherry picking portions of those litigations to falsely convince the Courts that "other" Courts have confirmed their statements to be true, while they have not.

To briefly address the Order which Defendants claim "substantiates" their defense, the Plaintiffs have already appealed the order of the NH District Court including because there are a number of factual errors in the Order. The lawsuit Plaintiffs filed in the District Court of New Hampshire was filed against the parents of Jane Doe 1, (**who the Plaintiffs have never met**), a Plaintiff in Nevada represented by the Defendants, for *over four years*. Jane Doe 1, (proven through therapy records provided in Nevada), is a mentally unwell woman whose allegations have already been proven false including that she claimed to have been raped by Plaintiffs at gun point, (with guns the Plaintiffs did not own), in a building that did not exist in any of the years she alleges the **singular** rape took place, (she named three different years). The Defendants filed a protective order in Nevada, (a gag order) preventing the Plaintiffs from *even discussing* Jane Doe 1's depositions, therapy records or *any other information* disproving her allegations to any other Court than Nevada, entirely restricting Plaintiffs' ability to prove to any other Court that the Defendants have *knowingly* represented a woman the Plaintiffs **have never met,** *even after*

---

[3] The Plaintiffs have not been litigating against the Nevada Plaintiffs for years and instead have been litigating against attorneys from Boies Schiller & Flexner and their unethical tactics in the Courtrooms. The Plaintiffs filed a lawsuit in California – case 8:24-cv-01730-JVS-DFM against the parents, (who provenly committed fraud in 2017, 2018, 2023 and 2024 in three different Courts), of the Plaintiff Sage Humphries in Nevada and they are represented by Ms. Mariella and Ms. Ruff; the other two defendants in that case are also represented by a former BSF associate, Micol Smalls. The Plaintiffs filed a lawsuit against Sigrid McCawley in the Southern District Court of Florida for defamation and other claims as she unethically played to the media, (see case mentioned above), she is represented by counsel from BSF. The Defendants here are represented by attorneys from BSF. The Plaintiffs filed a lawsuit against former Plaintiff in Nevada, Juliet Doherty, her mother and her photographer for sexual assault, defamation and other claims; see case 1:24-cv-05026-JPC-KHP; Ms. Mariella and Ms. Ruff represent them. The Plaintiffs are pro se and continue to diligently learn but the Boies Schiller Flexner firm, (known for intimidation), has a vast reach and the Plaintiffs are merely seeking justice as two innocent parties but the Courts continuously believe Boies Schiller & Flexner, "would never lie to the Court", so the Plaintiffs are navigating the manipulative tactics from BSF as Plaintiffs can prove to every Court that what they allege is the truth.

[4] The Plaintiffs held Oral Argument against Sabina Mariella for her client committing fraud on the Court to obtain abuse prevention orders against the Plaintiffs in 2017, made permanent in 2018 with false allegations made ex-parte. Admittedly the abuse prevention orders were not written by Sage Humphries but her father, (an attorney) who Plaintiffs have filed a BAR complaint against, who is being investigated, (24-O-21788 Michael Scott Humphries), whereas Sabina Mariella stated to the Court that "lying to the Court is not fraud on the Court" and the justices recognized that the Plaintiffs discovered over seven different false police reports they never knew of before 2023 which were used to obtain fraudulent restraining orders -
https://m.youtube.com/watch?v=vnrbvTXQKUU&pp=ygUIbWFzc2FjaHVzZXR0cyBhcHBlYWxzIGNvdXJ0IG9jdG9iZXIgOA%3D%3D – Massachusetts Appeals Court argument on October 9th, 2024.

the Plaintiffs filed Rule 11 sanctions forcing the Defendants to rewrite Jane Doe 1's complaint after the Plaintiffs provided over **half a million** files proving that Jane Doe 1's allegations are _literally impossible_. The Plaintiffs have never raped or sexually assaulted anyone and Plaintiffs' lawsuit against Jane Doe 1's parents is _completely justified_ as her parents were responsible for her and are entirely aware that Jane Doe 1 has **never met the Plaintiffs**. The Plaintiffs have evidence that **Jane Doe 1 plagiarized an affidavit from another Plaintiff in Nevada from 2017** but they are not allowed to use it here. Regardless, the only statement which Defendants use to "support" their claim that Plaintiffs' lawsuit against them is frivolous is a statement made by the NH District Court referring to the alleged reason former Nevada Plaintiff Juliet Doherty voluntarily withdrew in Nevada. Defendants, with associate McCawley claimed Ms. Doherty was harassed online by the Plaintiffs, (proven untrue in Nevada through subpoenaed production from Meta Platform), and that is why she withdrew[5]. This conclusory statement is entirely false however, the NH District Court Judge credited Ms. McCawley's statement without proof or reference to any motion which proved Ms. Doherty was not harassed online by the Plaintiffs and therefore stated that allegation of harassment "supported" Jane Doe 1's parents' argument that the Plaintiffs' lawsuit against them was equally harassing. This is entirely biased and unfounded.

The Plaintiffs have been **_silenced and intimidated_** by attorneys from Boies Schiller & Flexner **_for years_**. The Defendants' statements and Order from the NH District Court should be _entirely disregarded_ by this Court as the Order is _completely irrelevant_ to this litigation and the claims the Plaintiffs brought against the Defendants. The Plaintiffs make it known to this Court that the Defendants are convoluting this litigation with matters that are not relevant here and their statements regarding the Plaintiffs' lawsuits are _egregiously_ false. The Plaintiffs also make it known they _actually called_ nearly seventy-five witnesses in Nevada and legally recorded them as they are in a one-party consent state of South Carolina. _Immediately_ following the third call, these Defendants, (Mariella and Ruff), emailed the Plaintiffs and stated they would be seeking sanctions against them for intimidating those witnesses. The Plaintiffs then submitted the phone calls to the Nevada District Court to prove they did not intimidate any witness and actually encouraged them to speak; the reason the Defendants claimed intimidation was because the witnesses were producing information proving their clients' allegations to be false. The Nevada District Court, (Judge Youchah), stated in open court that the Plaintiffs, (Defendants there), appropriately called the witnesses, (including Jane Doe 1's therapist who confirmed Jane Doe 1 never told her of an any alleged rape), and that the record calls were warranted especially in such a "high profile case". The Plaintiffs here have been acting as the Plaintiffs, (not Defendants), in Nevada for years, sourcing any and all information from anyone they can to defend against the false allegations which these Defendants brought forth; all too eager to compare the Plaintiffs to Epstein and Maxwell in the media; _completely destroying_ everything they have ever worked for.

Plaintiffs have spoken to law enforcement in nine different districts including Homeland Security and the Department of Justice, (the Defendants here engaged in perjury by lying to law enforcement about the Plaintiffs, confirmed in legally recorded phone calls and documents), to create a narrative **_that did not exist_**. The Court should <u>disregard</u> this Order and the claims that it "substantiates" Defendants' defense that Plaintiffs' lawsuit is frivolous. The Plaintiffs are only seeking the justice they deserve and due process after _four years_ of the destruction of their lives.

---

[5] It was later proven she withdrew just one day after the Buttons requested her admissions and produced over three hundred files proving her allegations to be false.

Respectfully dated this 22nd day of December,

/s/ _____
Dusty Button (*pro se*)

/s/ _____
Taylor Button (*pro se*)