## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DEMETRI BLAISDELL, and DAVID MCCRAW,<br><br>Defendants. | Case No.: 1:24-cv-5888-MKV<br><br>Hon. Mary Kay Vyskocil<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that for the reasons stated in the Memorandum of Law submitted herewith, Lindsey Ruff and Sabina Mariella by and through their attorneys, Boies Schiller Flexner LLP, hereby move this Court before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 18C, for an order dismissing Plaintiffs' Amended Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's December 23, 2024, Order [ECF No. 32], opposition papers shall be served and filed on or before February 21, 2025, and reply papers shall be served and filed on or before February 28, 2025.

Dated:   February 7, 2025
         New York, New York

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

*/s/ Eric Brenner*
Eric J. Brenner
Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
ebrenner@bsfllp.com
pskinner@bsfllp.com

*Attorneys for Defendants Lindsey Ruff and Sabina Mariella*