**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DEMETRI BLAISDELL, and DAVID MCCRAW,<br><br>                    Defendants. | Case No.: 1:24-cv-05888-MKV<br><br>Hon. Mary Kay Vyskocil |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on March 3, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Dawn Schneider ("Defendant") by and through her undersigned attorneys, respectfully moves this Court for an Order dismissing Plaintiffs' Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendant shall rely on the Memorandum of Law accompanying this notice, and the proposed Order submitted herewith.  Pursuant to the Court's December 23, 2024, Order [ECF No. 32], opposition papers shall be served and filed on or before February 21, 2025, and reply papers shall be served and filed on or before February 28, 2025.

Dated: February 7, 2025                              Respectfully submitted,

                                                                        STONE & MAGNANINI LLP

                                                                        <u>/s/ David S. Stone</u>
                                                                        David S. Stone
                                                                        400 Connell Drive, Suite 6200
                                                                        Berkeley Heights, NJ 07922
                                                                        Tel: (973) 218-1111
                                                                        Fax: (973) 218-1106
                                                                        dstone@smcomplex.com

                                                                        *Counsel for Defendants Dawn Schneider*