UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DEMETRI BLAISDELL, and DAVID MCCRAW,<br><br>Defendants. | Case No.: 1:24-cv-05888-MKV<br><br>Hon. Mary Kay Vyskocil |

**[PROPOSED] ORDER FOR THE DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT**

**THIS MATTER,** having been brought before the Court by Defendant Dawn Schneider ("Defendant"), by and through her undersigned attorneys, for a Motion to Dismiss the Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the Court, having considered the papers filed, argument of counsel, if any, and for other good cause shown;

**IT IS** on this _____ day of _____, 2025

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is GRANTED; and it is further

**ORDERED** that Plaintiffs' Amended Complaint is dismissed in full, with prejudice;

**ORDERED** that a copy of this Order be served upon all counsel within _____days of the date of this Order.

_____
Hon. Mary Kay Vyskocil, U.S.D.J.