UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR
BUTTON,

                          Plaintiffs,

              v.

THE NEW YORK TIMES COMPANY, JULIA
JACOBS, LINDSEY RUFF, SABINA MARIELLA,
DAWN SCHNEIDER, DEMETRI BLAISDELL and
DAVID MCCRAW,

                        Defendants.

No. 1:24-cv-05888-MKV

**DECLARATION OF AL-AMYN SUMAR IN SUPPORT OF MOTION TO DISMISS**

AL-AMYN SUMAR, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a Senior Counsel with The New York Times Company and am counsel for Defendants The New York Times Company, Julia Jacobs, Demetri Blaisdell, and David McCraw (collectively, "The Times Defendants"). I have personal knowledge of the matters stated herein. I submit this declaration in support of The Times Defendants' Motion to Dismiss the Amended Complaint.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of an article authored by Julia Jacobs titled "Former Dance Instructor Accused of Sexual Assault in Lawsuit" and published by *The New York Times* on July 29, 2021. *See* https://www.nytimes.com/2021/07/29/arts/dance/mitchell-button-dusty-button-abuse.html.

3.      Annexed hereto as **Exhibit 2** is a true and correct copy of the Complaint filed in *Humphries v. Button*, No. 2:21-cv-1412 (D. Nev.), ECF No. 1.

4.      Annexed hereto as **Exhibit 3** is a true and correct copy of the Declaration of

Mitchell Taylor Button filed in *Humphries v. Button*, No. 2:21-cv-1412 (D. Nev.), ECF No. 17-1.

5.      Annexed hereto as **Exhibit 4** is a true and correct copy of the Amended

Complaint filed in *Humphries v. Button*, No. 2:21-cv-1412 (D. Nev.), ECF No. 18.

6.      Annexed hereto as **Exhibit 5** is a true and correct copy of the Plaintiffs' Motion

for Summary Judgment and Incorporated Memorandum of Law filed in *Humphries v. Button*,

No. 2:21-cv-1412 (D. Nev.), ECF No. 437.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: February 7, 2025

                                         */s/  Al-Amyn Sumar*
                                          Al-Amyn Sumar