# Exhibit 3

1  Marc J. Randazza, NV Bar No. 12265
   Ronald D. Green, NV Bar No. 7360
2  Alex J. Shepard, NV Bar No. 13582
3  RANDAZZA LEGAL GROUP, PLLC
   2764 Lake Sahara Drive, Suite 109
4  Las Vegas, Nevada 89117
   Telephone: 702-420-2001
5  Email: ecf@randazza.com

6  Attorneys for Defendant
   Mitchell Taylor Button
7

8                  UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
9

10 SAGE HUMPHRIES and                    Case No. 2:21-cv-01412-APG-VCF
11 GINA MENICHINO,

12        Plaintiffs,
                                         DECLARATION OF MITCHELL
13    v.                                     TAYLOR BUTTON

14 MITCHELL TAYLOR BUTTON,

15        Defendant.

16

17
   I, Mitchell Taylor Button, declare:
18
        1. I am over the age of 18 years and have never been convicted of a crime involving fraud
19
   or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness,
20
   could and would testify competently thereto.
21
        2. I am the Defendant in this matter.
22
        3. I have been married to Dusty Button since January 20, 2015.
23
        4. I was a dance instructor and had been involved with dance instruction since 2007 and is
24
   very well-known as a premier instructor in the dance community.
25
        5. I do not currently have any involvement in dance and have not been a dance teacher or
26
   had any part of that industry since moving to England to be with Dusty in 2012.
27

- 1 -
Declaration of Mitchell Taylor Button
2:21-cv-01412-APG-VCF

6. My involvement with dance only consist of traveling with Dusty when she was teaching.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: 9/9/2021 .

_____
Mitchell Taylor Button

- 2 -
Declaration of Mitchell Taylor Button
2:21-cv-01412-APG-VCF