**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

                Plaintiffs,

-against-                              24 **CIVIL** 5888 (MKV)

## JUDGMENT

THE NEW YORK TIMES COMPANY, JULIA JACOBS, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DEMETRI BLAISDELL, and DAVID MCCRAW,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 15, 2025, each of Plaintiffs' claims is time-barred or otherwise facially deficient, and the Defendants' motions to dismiss [ECF Nos. 36, 38, 41] are GRANTED. Plaintiffs' case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**      *K. Mango*

                                                      **Deputy Clerk**