UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTY BUTTON and MITCHELL TAYLOR BUTTON,<br><br>                           Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DEMETRI BLAISDELL and DAVID MCCRAW,<br><br>                           Defendants. | No. 1:24-cv-05888-MKV<br><br>*Pro Se Case* |

## NOTICE OF RENEWED MOTION FOR ATTORNEYS' FEES

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Al-Amyn Sumar, dated September 29, 2025, together with the exhibits attached thereto, Defendants The New York Times Company, Julia Jacobs, Demetri Blaisdell, and David McCraw ("The Times Defendants") hereby respectfully move pursuant to Federal Rule of Civil Procedure 54(d)(2) and New York Civil Rights Law § 70-a for an order awarding them their attorneys' fees, and for such other and further relief as the Court deems just and proper.

Because Plaintiffs have appeared pro se, and pursuant to Local Rule 7.2, The Times Defendants will provide Plaintiffs with copies of cases and other authorities cited in the accompanying Memorandum of Law that are unpublished or reported exclusively on computerized databases.

|  |  |
|---|---|
| Dated: September 29, 2025<br>New York, New York | THE NEW YORK TIMES COMPANY<br><br>By:  <u>*/s/ Al-Amyn Sumar*</u><br>Dana Green<br>Al-Amyn Sumar<br>The New York Times Company<br>Legal Department<br>620 8th Avenue<br>New York, NY 10018<br>Telephone: (202) 862-0775<br>dana.green@nytimes.com<br>al-amyn.sumar@nytimes.com<br><br>*Attorneys for Defendants The New York Times Company, Julia Jacobs, Demetri Blaisdell, and David McCraw* |