# Exhibit A

| Date | Hours worked | Description |
| --- | --- | --- |
| 9/18/24 | 1.1 | Review docket filings, local rules, [redacted]. |
| 9/23/24 | 1.6 | Close review of complaint and other actions involving Buttons. |
| 11/18/24 | 2.1 | Draft pre-motion letter. |
| 11/19/24 | 2.7 | Continue drafting pre-motion letter. |
| 11/26/24 | 1.5 | Revise pre-motion letter based on comments of D. McCraw. |
| 1/27/25 | 1 | Review amended complaint. |
| 1/31/25 | 0.8 | Begin drafting motion to dismiss brief. |
| 2/2/25 | 2.5 | Continue drafting motion to dismiss brief. |
| 2/3/25 | 4.2 | Continue drafting MTD brief. |
| 2/4/25 | 3 | Continue and complete drafting MTD brief. |
| 2/6/25 | 2.3 | Revise based on D. Blaisdell and D. McCraw comments. |
| 2/7/25 | 1.8 | Revise based on S. Bailey's cite check and file. |
| 3/7/25 | 0.5 | Review and circulate opposition brief. |
| 3/10/25 | 1.5 | Draft reply brief. |
| 3/11/25 | 3.5 | Continue drafting reply brief. |
| 3/12/25 | 2 | Continue drafting reply brief. |
| 3/13/25 | 0.8 | Correspondence with NYT lawyers and review D. Blaisdell and D. McCraw edits. |
| 3/14/25 | 2.2 | Revise based on D. McCraw and D. Blaisdell edits, correspond with R. Relyea and incorporate his edits, and file the brief. |
| 9/16/25 | 0.5 | Review decision and correspond with clients. |
| 9/23/25 | 1.2 | Begin drafting brief and declaration on fees. |
| 9/24/25 | 2.5 | Continue drafting both fees declaration and brief. |
| 9/25/25 | 2.8 | Continue and complete initial drafts of fees declaration and brief. |
| | | |
| Total | 42.1 | |

| Date | Hours worked | Description |
|---|---|---|
| 12/6/2024 | 0.2 | Draft Rule 7.1 statements. |
| 12/6/2024 | 0.1 | Email A. Sumar re Rule 7.1 statements. |
| 12/6/2024 | 0.1 | Email D. McCraw & D. Blaisdell re Rule 7.1 statements. |
| 12/6/2024 | 0.1 | Call J. Jacobs re Rule 7.1 statement. |
| 1/27/2025 | 1.4 | Review amended complaint. |
| 1/27/2025 | 0.2 | Email A. Sumar re amended complaint. |
| 1/29/2025 | 4.5 | Draft MTD brief. |
| 1/30/2025 | 7.5 | Draft MTD brief. |
| 1/31/2025 | 3.8 | Draft MTD brief. |
| 2/4/2025 | 2.4 | Edit MTD brief. |
| 2/4/2025 | 2.8 | Edit MTD brief. |
| 3/8/2025 | 0.1 | Email A. Sumar re opposition brief. |
| 3/8/2025 | 0.7 | Review opposition brief. |
| 3/12/2025 | 3.5 | Edit reply brief. |
| | | |
| **Total** | 27.4 | |