# Exhibit B

# Ballard Spahr
LLP

TAX IDENTIFICATION NO: ███

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
Tel 202.661.2200
Fax 202.661.2299

The New York Times Company                    March 12, 2025
620 Eighth Avenue                              Invoice No. 20250301571
New York, NY 10018

Client:      The New York Times Company (073740.00)

Matter:      Miscellaneous Assistance to In-House Litigators (00367767)

             NA

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2025

## INVOICE SUMMARY

| | |
|---|---|
| Professional Fees | $1,971.00 |
| **Total Invoice Amount** | **$1,971.00** |

073740.00 - 00367767
Jay Ward Brown

March 12, 2025
Invoice No. 20250301571

## Professional Services

| Professional | Date | Description | Hours | |
|---|---|---|---|---|
| Bailey,S. | 01/29/25 | Button v. NY Times: strategize regarding timing and mechanics for finalizing and filing motion to dismiss. | 0.10 | |
| Bailey,S. | 02/05/25 | Button v. NY Times: strategize regarding timing and mechanics for finalizing and filing motion to dismiss. | 0.10 | |
| Bailey,S. | 02/06/25 | Button v. NY Times: strategize regarding timing and mechanics for finalizing and filing motion to dismiss. | 0.10 | |
| Bailey,S. | 02/07/25 | Button v. NY Times: review, analyze and revise motion to dismiss for legal validity, accuracy; draft supporting declaration and create exhibits to same. | 6.70 | |
| Bailey,S. | 02/10/25 | Button v. NY Times: review rules and docket to ensure completeness of service of motion to dismiss. | 0.20 | |
| ██████ | ████ | ████████████████████████ | ██ | |
| **Total Fees** | | | **7.30** | **1,971.00** |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Bailey,S. | 7.30 | 270.00 | 1,971.00 |
| **Total Fees** | **7.30** | | **$1,971.00** |

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: ███████

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
Tel 202.661.2200
Fax 202.661.2299

The New York Times Company
620 Eighth Avenue
New York, NY 10018

April 14, 2025
Invoice No. 20250403033

Client:     The New York Times Company (073740.00)

Matter:     Miscellaneous Assistance to In-House Litigators (00367767)

        NA

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2025

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $540.00 |
| **Total Invoice Amount** | **$540.00** |
| | |
| Previous Balance Due | $1,971.00 |
| **Total Amount Due** | **$2,511.00** |

073740.00 - 00367767
Jay Ward Brown

April 14, 2025
Invoice No. 20250403033

## Professional Services

| Professional | Date | Description | Hours | |
|---|---|---|---|---|
| Bailey,S. | 03/13/25 | Button case: strategize regarding timing and mechanics for finalizing and filing reply brief on motion to dismiss. | 0.20 | |
| Relyea,R. | 03/14/25 | Research case histories and review citations and quotations in Button reply brief for accuracy and draft tables in same. | 1.50 | |
| ▉▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | |
| **Total Fees** | | | **2.00** | **540.00** |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Bailey,S. | 0.20 | 270.00 | 54.00 |
| Relyea,R. | 1.80 | 270.00 | 486.00 |
| **Total Fees** | **2.00** | | **$540.00** |