# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MITCHELL TAYLOR BUTTON and DUSTY BUTTON

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

THE NEW YORK TIMES COMPANY, LINDSEY RUFF, SABINA MARIELLA, DAWN SCHNEIDER, DAVID MCCRAW, DEMETRI BLAISDELL, JULIA JACOBS

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (MKV)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: MITCHELL TAYLOR BUTTON AND DUSTY BUTTON

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☐ order   entered on: _____

(date that judgment or order was entered on docket)

that:   The order granted Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) holding that all claims were time-barred and dismissing the Amended Complaint with prejudice as defamation-based.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated _____   Signature* _____

Name (Last, First, MI) _____

Address _____ City _____ State _____ Zip Code _____

Telephone Number _____   E-mail Address (if available) _____

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13