# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (        )(        )

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

_____          _____
Dated                                                       Signature

_____
Name (Last, First, MI)

_____
Address                        City                   State                         Zip Code

_____          _____
Telephone Number                                E-mail Address (if available)

Rev. 12/23/13

# AFFIDAVIT ACCOMPANYING MOTION
# FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Button et al.

    v.

The New York Times Company  et al.

District Court No. <u>1:24-cv-05888-MKV_</u>

Appeal No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: Oct.14,2025 _____ |

My issues on appeal are: Whether the court erred in dismissing as time-barred despite allegations of republication, continuing harm, and later acts of interference and fraud; Whether distinct tort claims were misclassified as defamation and given the wrong one-year limitations period.

Whether equitable tolling and estoppel were wrongly denied despite allegations of concealment and intimidation; Whether factual disputes were improperly resolved on a Rule 12(b)(6) motion; Whether dismissal with prejudice denied due process and the liberal construction owed to pro se litigants; whether the court failed to apply the continuing-publication rule; Whether the ruling showed bias or disregard of Erickson v. Pardus, 551 U.S. 89 (2007).

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $ | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |

| Public-assistance (such as welfare) | $FOOD AS | $FOOD AS | $FOOD AS | $FOOD AS |
| Other (specify):SEE SUPPLEMENTAL INFO | $SNAP IN $ | $SNAP | $SNAP | $SNAP |
| **Total monthly income:** | $0 | $0 | $0 | $0 |

PLAINTIFF IS ON SNAP IN SOUTH CAROLINA AND TANF, PROGRAMS ASSISTING WITH FOOD AND MEDICAL APPOINTMENTS FOR PLAINTIFFS CHILD AND TRANSPORTATION - SEE EXHIBIT

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $NONE |
| UNEMPLOYED SINCE | AS A RESULT OF THE DEFENDA | NONE | $NONE |
|  |  |  | $ |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $NONE |
| UNEMPLOYED SINCE | AS A RESULT OF THE DEFENDA | NONE | $NONE |
|  |  |  | $ |

4.    *How much cash do you and your spouse have?* $0_____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Previously bank of america | CHECKING | $0 | $0 |
| account closed - overdraft | CHECKING | $0 | $0 |
| same for spouse | 0 | $0 | $0 |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $N/A - 0 | (Value) $0 | (Value) $0 |
|  |  | Make and year:N/A |
|  |  | Model:N/A |
|  |  | Registration #:NO CAR OR OTH |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $0 | $0 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NAME PROTECTED | CHILD | 1YR |
| | | |
| | | |

8.    *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>      Are real estate taxes included?    [  ] Yes    [  ] No<br>      Is property insurance included?    [  ] Yes    [  ] No | $0 | $0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | $0 | $0 |
| Clothing | $0 | $0 |
| Laundry and dry-cleaning | $0 | $0 |
| Medical and dental expenses | $0 | $0 |
| Transportation (not including motor vehicle payments) | $0 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|      Homeowner's or renters: | $0 | $0 |
|      Life: | $0 | $0 |
|      Health: | $0 | $0 |
|      Motor vehicle: | $0 | $0 |
|      Other: | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments)<br>(specify):SEE EXHIBIT - IN KIND WORK FOR ROOM | $DEEMED N( | $NON-COLL |

| Installment payments | | |
|---|---|---|
|     Motor vehicle: | $0 | $0 |
|     Credit card (name): | $0 | $0 |
|     Department store (name): | $0 | $0 |
|     Other: | $0 | $0 |
| Alimony, maintenance, and support paid to others | $0 | $0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $0 |
| Other (specify): | $0 | $0 |
| **Total monthly expenses:** | **$0** | **$0** |

9.   *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [   ] Yes    [✔] No    If yes, describe on an attached sheet.

10.   *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [   ] Yes    [✔] No    If yes, how much? _____

11.   *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    PLAINTIFFS ARE ON GOVERNMENT PROGRAMS, SNAP AND TANF IN SOUTH CAROLINA - PLAINTIFFS DO IN KIND WORK IN EXCHANGE FOR A ROOM TO STAY  AND CANNOT AFFORD TO PAY FEES

12.   *State the city and state of your legal residence:* MYRTLE BEACH, SC _____
    *Your daytime phone number:* (843) 3607072_____
    *Your age:*  40   *Your years of schooling:* 15_____
    *Last four digits of your social-security number:* 5550
    _____

| Print | | Reset |
|---|---|---|

SUPPLEMENTAL INFORMATION TO IFP APPLICATION

We receive SNAP benefits for food each month in South Carolina, as we meet the eligibility requirements for SNAP and TANF assistance. Our household food allowance is $439.00 per month, covering Dusty Button, Mitchell Taylor Button, and our one year old child, born August 8, 2024.

We also receive Medicaid, which covers medical expenses related to the pregnancy, birth of our child, and our own healthcare needs. We expect to continue to receive SNAP and Medicaid in the future as we remain financially eligible. Both benefits were recently renewed.

As a direct result of the defamatory statements made by the named Defendants in this case and related litigation, we lost our ability to work and all sources of income.

We do not receive financial support other than minimal assistance from a family member (my mother), who has purchased essential items for our newborn (such as diapers and toiletries) not covered by Medicaid or SNAP. Outside of this limited help, we do not receive any other financial assistance.

## Question: Do you have any debts or financial obligations not described above?

- 2 × Bank of America Credit Cards – $7,288.18 / $759.71 (collections)
- 2 × Chase Bank Credit Cards – $1,735.00 / $1,241.75 (collections)

- American Express Credit Card – $1,337.58 (collections)

- 2 × Capital One Credit Cards – $1,046.00 / $750.00 (collections)

- Randazza Legal Group – $273,251.55 (unpaid legal fees, lost counsel due to inability to pay)

- Hunter Warfield – $22,164.15 (collections; eviction-related debt due to litigation)

- Laura Button – $150,000.00 (loans for legal fees, filings, transportation, medical bills, and living expenses since May 13, 2021)

- Anderson Voss – $37,500.00 / $40,000.00 (breached promotional contracts canceled due to Nevada litigation)

- IRS – $9,315.07 (non-collectible status approved due to no income)

- MAGNA Legal Services – $1,270.70 (unpaid deposition invoice)

- Felix Investigations – $125.00 (unpaid subpoena service)

## CONSISTENT FINDINGS OF INDIGENCE IN OTHER JURISDICTIONS

Multiple courts have recently granted Plaintiffs in forma pauperis ("IFP") status in nearly identical cases, confirming both (1) their indigence and (2) the non-frivolous nature of their claims:

1. **Button v. Lopresti**, No. 25-cv-867-DMS-DDL (S.D. Cal. July 2025) (IFP granted; U.S. Marshal service ordered).

2. **Button v. Kingsley**, No. 2:25-cv-02619-SMB (D. Ariz. July 2025) (IFP granted; U.S. Marshal service ordered).

3. **Button v. Jimison**, No. 3:25-cv-05622 (W.D. Wash. July 2025) (IFP granted; US Marshal service ordered).

4. **Button v. Melcher**, No. 25-1316 (1st Cir. July 2025) (IFP granted on appeal).

5. **Button v. Roe**, No. 25-1394 (1st Cir. Aug. 2025) (IFP granted on appeal).

6. **Humphries v. Button**, No. 2:21-cv-01412-ART-EJY (D. Nev.) (case proceeding IFP for over four years).

7. **Button v. McCawley**, No. 0:24-cv-60911 (S.D. Fla.) (waiver of PACER fees granted; case now on appeal in the Eleventh Circuit).

8. **Button v. Humphries**, No. 8:24-cv-01730 (C.D. Cal.) (PACER fee waiver granted; case now on appeal in the Ninth Circuit pending IFP).

9. PACER fee waivers have also been granted in:

   o **Button v. Doherty**, No. 1:24-cv-05026-JPC-KHP (S.D.N.Y. 2024);

   o **Button v. The New York Times Co. et al.**, No. 1:24-cv-05888-MKV (S.D.N.Y. 2024); and

   o **Button v. Breshears**, No. 1:24-cv-03757-MKV (S.D.N.Y. 2024).