**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DUSTY BUTTON AND MITCHELL TAYLOR
BUTTON,

                Plaintiffs,

    v.

THE NEW YORK TIMES COMPANY, JULIA
JACOBS, LINDSEY RUFF, SABINA
MARIELLA, DAWN SCHNEIDER, DEMETRI
BLAISDELL, and DAVID MCCRAW,

                Defendants.

Case No.: 1:24-cv-5888-MKV

Hon. Mary Kay Vyskocil

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that for the reasons stated in the Memorandum of Law submitted

herewith, Sabina Mariella and Lindsey Ruff, by and through their attorneys, Boies Schiller Flexner

LLP, hereby move this Court before the Honorable Mary Kay Vyskocil, United States District

Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom

18C, for an order granting Ms. Mariella and Ms. Ruff's motion to declare the Buttons vexatious

litigants and enter a pre-filing injunction.

1

Dated: November 18, 2025
New York, New York

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

*/s/* Eric Brenner
Eric Brenner
Pete Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
ebrenner@bsfllp.com
pskinner@bsfllp.com

*Attorneys for Defendants Lindsey Ruff and Sabina Mariella*