# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br><br>V.<br><br>THE NEW YORK TIMES COMPANY, JULIA JACOBS, DEMETRI BLAISDELL, SABINA MARIELLA, LINDSEY RUFF, DAVID MCCRAW AND DAWN SCHNEIDER<br><br>DEFENDANT. | Case No: 1:24-CV-05888-MKV<br><br>PLAINTIFFS' NOTICE OF MOTION IN SUPPORT OF THEIR EMERGENCY MOTION TO STRIKE DEFENDANTS SABINA MARIELLA AND LINDSEY RUFF'S "VEXATIOUS-LITIGANT" MOTION and DECLARATION OF ERIC BRENNER (ECF NO. 79, 80 and 81) AND REQUEST FOR SANCTIONS AND JUDICIAL NOTICE |

PLEASE TAKE NOTICE that Plaintiffs **Dusty Button and Mitchell Taylor Button**, proceeding pro se, respectfully move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an **Emergency Motion to Strike** the "Vexatious-Litigant" Motion and Declaration filed by Defendants Sabina Mariella and Lindsey Ruff (ECF Nos. 79–81), for **sanctions**, and for **judicial notice**, pursuant to Federal Rule of Civil Procedure 12(f), 28 U.S.C. § 1927, and the Court's inherent authority.

This motion is based on the accompanying **Memorandum of Law**, the **Declaration of Dusty Button and Mitchell Taylor Button**, the exhibits attached thereto, and all prior filings and proceedings in this matter.

Dated: November 23, 2025

Respectfully submitted,

DATED this 23rd day of November, 2025,

_____
Dusty Button and Mitchell Taylor Button (*Pro se*)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with Prose@nysd.uscourts.gov on November 23rd, 2025.

Dated this November 23rd, 2025,

/s/ _____

Signature of Plaintiff Dusty Button (*Pro se*)

/s/ _____

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)