Dusty and Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Email: worldofdusty@gmail.com

December 19th, 2025

**Via Email**
Honorable Mary Kay Vyskocil
United States District Judge - SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re:    *Button et al. v. the New York Times Company.* 1:24-cv-05888-MKV

**Notice of Supplemental Authority**

Dear Judge Vyskocil:

     Plaintiffs respectfully submit this Notice to apprise the Court of a recent procedural development in *Humphries v. Button*, No. 2:21-cv-01412-ART-EJY (D. Nev.), a case repeatedly invoked by Defendants in support of their request to brand Plaintiffs as vexatious litigants.

     The Nevada court had previously ordered the parties to participate in settlement proceedings. On December 18, 2025, following separate consultations with the parties and review of a recent submission, the assigned magistrate judge entered an order vacating the scheduled settlement conference and directing the matter forward toward trial, including the preparation of a joint pretrial order (See ECF No. 544). The order contains **no finding—express or implied—that the Buttons acted vexatiously, abusively, or in bad faith**, and it imposes **no filing restrictions, sanctions, or limitations** on Plaintiffs' access to the court.

     This development is significant because Defendants' motion in this case rests on the premise that courts across jurisdictions are reacting to Plaintiffs as abusive litigants and seeking to curb their access to judicial forums. The Nevada court—after more than four years of active litigation, extensive motion practice, and sustained judicial supervision—has made **no such determination**. To the contrary, the case is proceeding in the ordinary course toward trial.

     Plaintiffs further note, as a matter of record, that Defendants' counsel filed no substantive motions in the Nevada action for months preceding the December 18 order. Nothing in the Nevada docket reflects judicial concern with vexatious or irrelevant filings by the Buttons. Nor does the December 18 order attribute the vacatur of settlement proceedings to any misconduct by the Plaintiffs.

    This notice is submitted solely to ensure that the Court has an accurate and current understanding of the status of the Nevada proceedings, particularly in light of Defendants' repeated reliance on that case as purported evidence of vexatious litigation. The Nevada court's most recent action does not support that characterization.

    Plaintiffs submit this notice to prevent mischaracterization of the Nevada court's actions and to ensure that routine case-management decisions are not improperly recast as findings of litigant misconduct.

Respectfully dated this 19th day of December, 2025,

/s/ _____
Dusty Button (*pro se*)

/s/ _____
Taylor Button (*pro se*)