Dusty and Taylor Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Email: worldofdusty@gmail.com

June 2nd, 2026

**Via Email**
Honorable Mary Kay Vyskocil
United States District Judge - SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

Re:    *Button et al. v. the New York Times Company. 1:24-cv-05888-MKV*

Plaintiffs' Notice of Authority

Dear Judge Vyskocil:

Plaintiffs Dusty Button and Mitchell Taylor Button respectfully submit the attached June 2, 2026 Order entered in Button v. McCawley, Case No. 0:24-cv-60911-DSL (S.D. Fla.), as supplemental authority relevant to the pending motions concerning Plaintiffs' alleged litigation conduct and purported vexatiousness; (See specifically ECF Nos. 79, 80, 81).

The attached Order concerns a show-cause proceeding arising from alleged citation issues in the Florida action. After receiving briefing from all parties and considering the matter, the Southern District of Florida declined to impose sanctions and discharged the show-cause proceedings.Plaintiffs submit the Order because Defendants' pending motions rely extensively on assertions that Plaintiffs engage in frivolous litigation, abuse judicial resources, or otherwise act in a sanctionable manner. Defendants also reference the Florida proceedings in support of those arguments. The attached Order reflects the ultimate disposition of those proceedings after the Florida court fully considered whether sanctions were warranted.

Specifically, the court ruled:

**"After careful review of the parties' papers, the Court declines to impose sanctions at this time."**

The court further ordered that the prior show-cause instruction was "DISCHARGED."

Plaintiffs do not submit this authority to relitigate any issue presently before this Court, nor to seek reconsideration of any ruling. Rather, Plaintiffs respectfully submit the Order so that the record reflects the complete procedural outcome of the Florida proceedings, including the court's decision declining to impose sanctions after full briefing and consideration.

Accordingly, Plaintiffs respectfully submit the attached Order for whatever weight the Court deems appropriate.

Respectfully dated this 2nd day of June, 2026

/s/ _____

Mitchell Taylor Button and Dusty Button (*pro se*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:24-cv-60911-LEIBOWITZ/AUGUSTIN-BIRCH

DUSTY BUTTON and MITCHELL
TAYLOR BUTTON,

     *Plaintiffs,*

v.

SIGRID MCCAWLEY,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On February 4, 2026, the Court ordered Plaintiffs to show cause in writing why they should not be sanctioned for purported hallucinated and fabricated authority. [*See* ECF No. 87 at 8–9 ¶ 4]. Plaintiffs filed their response to that Order, Defendant responded, and Plaintiffs replied. [*See* ECF Nos. 88, 89, 97]. After careful review of the parties' paper, the Court declines to impose sanctions at this time. (Plaintiffs concede that they now have actual and constructive notice of their various, obvious, and significant research and citation errors; any subsequent filings that contain similar errors may be deemed to be filed in bad faith.)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this Court's February 4, 2026, show cause instruction [ECF No. 87 at 8–9 ¶ 4] is DISCHARGED. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record