UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTY BUTTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, *et al.*,<br><br>Defendants. | No. 1:24-cv-05888-MKV |

## MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that Al-Amyn Sumar respectfully moves to withdraw as counsel for Defendants The New York Times Company, Julia Jacobs, Demetri Blaisdell, and David McCraw ("The Times Defendants") in the above-captioned case. The Times Defendants will continue to be represented by Dana Green of The New York Times Company, who has appeared in this action.

Dated: New York, New York
     July 2, 2026

*/s/ Al-Amyn Sumar*
Al-Amyn Sumar
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (202) 862-7705
Email: al-amyn.sumar@nytimes.com

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 1.4(b), I certify that on July 2, 2026, I caused the

foregoing document to be served electronically upon all parties by filing it through the Court's

CM/ECF system.

/s/ Al-Amyn Sumar
Al-Amyn Sumar