BSF | BOIES SCHILLER FLEXNER

August 18, 2026

**Via ECF**
Hon. Mark Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St, Room 2230
New York, NY 10007

**Re: *Button v. The New York Times Co.*, Case No. 24-cv-5888-MKV**

Dear Judge Vyskocil:

We represent Defendants Sabina Mariella and Lindsey Ruff in the above-captioned action. We write to provide the Court with notice of a recent decision by your colleague, Hon. John P. Cronan (S.D.N.Y.), which provides further support for Ms. Mariella and Ms. Ruff's pending motion to declare Plaintiffs ("the Buttons") vexatious litigants and enter a pre-filing injunction against them. [ECF No. 80].

The Buttons have been filing meritless lawsuits in courts across the country for several years, eight of which have been dismissed to date. *See id*. Last week, Judge Cronan dismissed one such lawsuit, in which the Buttons sued a former plaintiff in the District of Nevada action and her mother, for allegedly defaming them. *Button v. Doherty et al*., Case No. 24-cv-5026-JPC-KHP (S.D.N.Y.), ECF No. 96 (Ex. A). Specifically, Judge Cronan adopted Judge Parker's Report and Recommendation recommending dismissal of all claims with prejudice, holding that many of the claims were time-barred, and that in any event the "allegations fail to state a claim" as a matter of law. *Id*. at 4. Judge Cronan also concluded that further leave to amend was not warranted. *Id*. at 9–10.

Ms. Mariella and Ms. Ruff respectfully submit that this order supports their position that a pre-filing injunction is warranted for the reasons stated in their motion. [ECF No. 80].

Respectfully submitted,

*/s/ Eric Brenner*
Eric Brenner
Peter Skinner