BOIES
SCHILLER
FLEXNER

August 28, 2026

**Via ECF**
Hon. Mark Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St, Room 2230
New York, NY 10007

**Re: *Button v. The New York Times Co.*, Case No. 24-cv-5888-MKV**

Dear Judge Vyskocil:

We represent Defendants Sabina Mariella and Lindsey Ruff in the above-captioned action. On August 18, 2026, we submitted a letter [ECF No. 100] to notify the Court of a decision from Judge Cronan that provides further support for Ms. Mariella and Ms. Ruff's pending motion for a pre-filing injunction [ECF No. 80]. In their response, Plaintiffs correctly note that Judge Cronan "did not dismiss 'all claims with prejudice.'" [ECF No. 102]. To clarify, Judge Cronan ruled:

> "While the Court agrees that the dismissal of the claims against King-Doherty should be without prejudice, as that dismissal is based on the absence of personal jurisdiction, **denial of leave to amend as to both Defendants is appropriate** . . . Leave to amend is properly denied when plaintiffs—*pro se* or not—repeatedly fail to cure [] deficiencies.
> . . .
> The Court therefore adopts the Report and Recommendation as modified herein. Plaintiffs' claims against King-Doherty are dismissed without prejudice and without leave to amend. Plaintiffs' claims against Doherty are dismissed with prejudice and without leave to amend. The Clerk of Court is respectfully directed to enter judgment in Defendants' favor and to close this case."

[ECF No. 100-1, at 9–10 (emphasis added)].

Judge Cronan's order is relevant to Ms. Mariella and Ms. Ruff's application for a pre-filing injunction not because claims were dismissed with or without prejudice, but because the Court denied leave to amend given Plaintiffs' failure to cure deficiencies. Plaintiffs' case before Judge Cronan is thus another example of Plaintiffs "caus[ing] needless expense to other parties" and "pos[ing] an unnecessary burden on the courts and their personnel." *Safir v. U.S. Lines*, 792 F.2d 19, 24 (2d Cir. 1986) (identifying factors to weigh for pre-filing injunctions).

Respectfully submitted,

*/s/ Peter Skinner*
Eric Brenner
Peter Skinner