BOIES SCHILLER FLEXNER

October 5, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re: *Button v. The New York Times Co.*, Case No. 24 Civ. 05888 (MKV)**

Dear Judge Vyskocil:

We represent Defendants Sabina Mariella and Lindsey Ruff in the above-captioned action. We write to provide the Court notice of a First Circuit order that provides further support for Ms. Mariella and Ms. Ruff's pending motion to declare Plaintiffs vexatious litigants and enter a pre-filing injunction against them. [ECF No. 80].

Plaintiffs have been filing meritless lawsuits in courts across the country for several years, and eight of those lawsuits have been dismissed.[1] Plaintiffs appealed one such dismissal order to the First Circuit. On September 28, 2026, the First Circuit affirmed the District Court's dismissal with prejudice of Plaintiffs' amended claims under Fed. R. Civ. P. 12(b)(6) in *Button et al. v. Roe et al.*, Case No. 25-1394 (1st Cir.). This dismissal of yet another a complaint—that could not be saved even after amendment—further demonstrates Plaintiffs' pattern of filing frivolous litigation for an improper purpose. A copy of the First Circuit's Order is attached at Exhibit A.

Respectfully,

*/s/ Peter Skinner*
Peter Skinner
Eric Brenner

---

1 *See Button v. Doherty*, Case No. 1:24-cv-05026-JPC-KHP (S.D.N.Y.), ECF No. 96 (dismissing with prejudice); *Button et al. v. Jimison*, 2026 WL 149016, at *9, *10 (W.D. Wash. Jan. 20, 2026) (dismissing case and awarding fees pursuant to Washington's Uniform Public Expression Protection Act); *Button v. Roe*, 2024 WL 5136694, at *7 (D. N.H. Dec. 17, 2024) (dismissing with prejudice); *Button v. McCawley*, 2025 WL 1517348, at *6–7 (S.D. Fla. May 28, 2025) (dismissing with prejudice); *Button v. Breshears*, 2025 WL 2771663, at *13–14 (S.D.N.Y. Sept. 26, 2025) (dismissing with prejudice); *Button v. New York Times Co.*, 2025 WL 2643674, at *22 (S.D.N.Y. Sept. 15, 2025) (dismissing with prejudice); *Button v. Humphries*, 2025 WL 1820116, at *4 (C.D. Cal. June 9, 2025) (dismissing with prejudice); *Button v. Melcher*, 771 F. Supp. 3d 76, 80 (D. Mass. 2025), aff'd in part and remanded, 2025 WL 3703677 (1st Cir. Dec. 16, 2025) (affirming dismissal but remanding to allow the Buttons "an opportunity to amend" after original complaint was dismissed with prejudice sua sponte prior to service).



55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com